UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SILVIA CARRANZA,

        Plaintiff,

-against-

MV CORP., INC.

        Defendant.

Case No. 22-CV-07301-GRB-JMW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned Counsel for the Parties that, pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action and all claims and causes of action asserted therein, shall be dismissed in its entirety with prejudice, with each party bearing their own fees and costs. No party hereto is an infant or incompetent. This Stipulation may be filed with the Court without further notice to any party.

LAW OFFICE OF PETER A. ROMERO PLLC

By: _____
Peter A. Romero Esq.
490 Wheeler Road, Suite 250
Hauppauge, NY 11788
Promero@romeroLawNY.com
Tel.: (631) 201-3137
*Attorneys for Plaintiff*

Dated: April 19, 2023

GREENWALD DOHERTY LLP

By: _____
Brooke A. Schneider, Esq.
30 Ramland Road, Suite 201
Orangeburg, NY 10962
bs@greenwaldllp.com
Tel.: (845) 589-9300
*Attorneys for Defendant*

Dated: April 19, 2023

SO ORDERED:

/s/ Gary R. Brown
    Dated: 4/20/2023